# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

Case No. 5D2025-1609
LT Case No. 16-2018-CF-6506-A

—————————————————

PAUL LEE MILES, JR.,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

—————————————————

3.850 Appeal from the Circuit Court for Duval County.
Jonathan D. Sacks, Judge.

Paul Lee Miles, Jr., East Palatka, pro se.

No Appearance for Appellee.

February 5, 2026

PER CURIAM.

    AFFIRMED.

EDWARDS, BOATWRIGHT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____